# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

EDWARDS LIFESCIENCES CORP.,

Plaintiff(s),

v.

MERIL LIFE SCIENCES LTD.,

Defendant(s).

Case No: 19-cv-06593 -HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Melanie L. Mayer, an active member in good standing of the bar of USDC, WDWA, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Meril Life Sciences Ltd. and Meril, Inc. in the above-entitled action. My local co-counsel in this case is J. David Hadden, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1191 Second Avenue, 10th Flr. Seattle, WA 98101 | 801 California Street Mountain View, CA 94041 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (206) 389-4510 | (650) 988-8500 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| mmayer@fenwick.com | dhadden@fenwick.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 36971.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 11/25/19

Melanie L. Mayer
APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Melanie L. Mayer is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 12/4/2019

Haywood S. Gill Jr.
UNITED STATES DISTRICT JUDGE

*PRO HAC VICE* APPLICATION & ORDER        *October 2012*