STEVEN HANLE, State Bar No. 168876
  shanle@sycr.com
MATTHEW STEPHENS, State Bar No. 288223
  mstephens@sycr.com
STRADLING YOCCA CARLSON & RAUTH
A PROFESSIONAL CORPORATION
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Telephone: (949) 725-4000
Facsimile: (949) 725-4100

Attorneys for Plaintiffs
Edwards Lifesciences Corporation and
Edwards Lifesciences LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO**

| | |
|---|---|
| Edwards Lifesciences Corporation, a Delaware Corporation; Edwards Lifesciences LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>Meril Life Sciences Pvt. Ltd., and Meril, Inc.,<br><br>Defendant. | CASE NO. 4:19-cv-06593-HSG<br><br>**PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**<br><br>DEMAND FOR JURY TRIAL |

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-1-
REQUEST FOR JUDICIAL NOTICE
CASE NO. 4:19-cv-06593

4834-3828-3950v2/104315-0004

1    Plaintiffs' Edwards Lifesciences Corporation and Edwards Lifesciences LLC. ("Edwards" or "Plaintiff") hereby request, pursuant to Federal Rule of Evidence 201 and in connection with Defendants Meril Life Sciences Pvt. Ltd., and Meril, Inc.'s ("Meril" or "Defendant") Motion Dismiss [ECF No. 22], that this Court take judicial notice of certain facts as set forth below. Edwards specifically requests that the Court take judicial notice of the National Institute of Health's ClinicalTrials.gov database, relevant screenshots of which are attached hereto as **Exhibits A**.

The Court should take judicial notice of facts within this database because they are matters of common knowledge that can readily be ascertained and is not reasonably subject to dispute. Under Federal Rule of Evidence 201, a court shall take judicial notice "if a party requests it and the court is supplied with the necessary information." Fed. R. Evid. 201(c)(2). A court may take judicial notice of a fact "not reasonably subject to dispute because it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." *Id.* at 201(b).

Courts can and have taken judicial notice of "information on government agency websites, which have often been treated as proper subjects for judicial notice." *Paralyzed Veterans of Am. v. McPherson*, No. C 06-4670 SBA, 2008 U.S. Dist. LEXIS 69542, at *17 (N.D. Cal. Sep. 8, 2008)." Specifically, judicial notice has been taken of reports available on the National Institute of Health's ClinicalTrials.gov database. *Mattera v. Biosurface Eng'g Techs., Inc.*, No. CV 13-08991-R, 2014 U.S. Dist. LEXIS 195359, at *3 (C.D. Cal. Feb. 5, 2014) (taking notice of "clinical trials history as reported by ClinicalTrials.gov, a service of the National Institutes of Health"); *Weinstein v. Kirkman*, No. C13-0769-JCC, 2013 U.S. Dist. LEXIS 194270, at *3 n.2 (W.D. Wash. Sep. 16, 2013) (taking judicial

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

4834-3828-3950v2/104315-0004

-2-
REQUEST FOR JUDICIAL NOTICE
CASE NO. 4:19-cv-06593

1  notice of "a clinical trial design document published on the National Institutes for
2  Health's website at clinicaltrials.gov.")

3       **Exhibit A** is a screenshot from the National Institute of Health's
4  ClinicalTrials.gov database.  The screenshot shows that search of "Meril" on the
5  ClinicalTrials.gov database in the "Sponsor" or "Other terms" fields returns no
6  entries for studies involving Meril's Myval transcatheter aortic replacement valve
7  or Navigator delivery system.  Defendants have not disputed, and cannot
8  reasonably dispute, that this database publicly-accessible through the National
9  Institute of Health's webpage cannot be accurately and readily determined from
10 sources whose accuracy cannot reasonably be questioned.

11      For the foregoing reasons, Edwards respectfully requests that the Court take
12 judicial notice of the absence of any studies involving Meril's Myval transcatheter
13 aortic replacement valve or Navigator delivery system listed on the National
14 Institute of Health's ClinicalTrials.gov database.

16 DATED:  December 11, 2019

STRADLING YOCCA CARLSON & RAUTH A PROFESSIONAL CORPORATION

By: _____
Steven Hanle
Matthew Stephens
Attorneys for Plaintiff

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-3-
REQUEST FOR JUDICIAL NOTICE
CASE NO. 4:19-cv-06593

4834-3828-3950v2/104315-0004