STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

| 1 | |
|---|---|
| 2 | |
| ... | |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| Edwards Lifesciences Corporation, a Delaware Corporation; Edwards Lifesciences LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>Meril Life Sciences Pvt. Ltd., and Meril, Inc.,<br><br>Defendant. | CASE NO. 4:19-cv-06593-HSG<br><br>**ORDER DENYING PLAINTIFFS EDWARDS LIFESCIENCES CORPORATION AND EDWARDS LIFESCIENCES LLC'S APPLICATION FOR LEAVE TO FILE SURREPLY IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PATENT INFRINGEMENT CLAIMS**<br><br>DEMAND FOR JURY TRIAL |
|---|---|

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

On February 6, 2020, Plaintiffs Edwards Lifesciences Corporation and Edwards Lifesciences LLC (collectively, "Plaintiffs" or "Edwards") filed an Application for Leave to File Surreply in Support of Opposition to Defendants' Motion to Dismiss (the "Application").

Having considered Edwards' Application and supporting declaration of Steven Hanle, it is hereby ordered that Edwards' Application is DENIED.

IT IS SO ORDERED.

DATED: 2/7/2020



HAYWOOD S. GILLIAM JR.
UNITED STATES DISTRICT JUDGE

-2-
[PROPOSED] ORDER
CASE NO. 4:19-cv-06593

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

4828-3570-5012v1/104315-0004