1
2
3
4
5
6
7
8        **UNITED STATES DISTRICT COURT**
9        **NORTHERN DISTRICT OF CALIFORNIA**
10       **OAKLAND DIVISION**
11

| | |
|---|---|
| Edwards Lifesciences Corporation, a Delaware Corporation; Edwards Lifesciences LLC, a Delaware Limited Liability Company,<br><br>        Plaintiff,<br><br>        vs.<br><br>Meril Life Sciences Pvt. Ltd., and Meril, Inc.,<br><br>        Defendant. | CASE NO. 4:19-cv-06593-HSG<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE TO MARCH 3, 2020** |

19
20
21
22
23
24
25
26
27
28

Stradling Yocca
Carlson & Rauth
Lawyers
Newport Beach

-1-
ORDER

CASE NO. 4:19-cv-06593

4818-4828-5109v1/104315-0004

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

Pursuant to the stipulation of the parties and for good cause, the Initial Case Management Conference is continued from February 25, 2020 to March 3, 2020 at 2:00 p.m.

DATED: 2/20/2020

HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH