1
2
3
4
5
6
7
8          **UNITED STATES DISTRICT COURT**

9          **NORTHERN DISTRICT OF CALIFORNIA**

10          **OAKLAND DIVISION**

11
| Edwards Lifesciences Corporation, a Delaware Corporation; Edwards Lifesciences LLC, a Delaware Limited Liability Company, | CASE NO. 4:19-cv-06593-HSG |
| --- | --- |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE TO MARCH 24, 2020** |
| vs. | |
| Meril Life Sciences Pvt. Ltd., and Meril, Inc., | |
| Defendant. | |

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-1-
ORDER
CASE NO. 4:19-cv-06593

4827-2073-2598v1/104315-0004

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

Pursuant to the stipulation of the parties and for good cause, the Initial Case Management Conference is continued from March 10, 2020 to March 24, 2020 at 2:00 p.m.

DATED: 3/6/2020

HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

ORDER

CASE NO. 4:19-cv-06593

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

4827-2073-2598v1/104315-0004