STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| Edwards Lifesciences Corporation, a Delaware Corporation; Edwards Lifesciences LLC, a Delaware Limited Liability Company,<br><br>Plaintiffs,<br><br>vs.<br><br>Meril Life Sciences Pvt. Ltd., and Meril, Inc.,<br><br>Defendants. | CASE NO. 4:19-cv-06593-HSG<br><br>[~~PROPOSED~~] **ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT** |

-1-
[~~PROPOSED~~] ORDER
CASE NO. 4:19-cv-06593

4818-2881-6057v1/104315-0004

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

Pursuant to Fed. R. Civ. P. 15(a)(2) and the stipulation of the parties:

1. Plaintiffs shall file forthwith the First Amended Complaint attached as Exhibit A to the parties' stipulation; and

2. Pursuant to Federal Rule of Civil Procedure 15(a)(3), Defendants' response to the First Amended Complaint will be due within 14 days after the First Amended Complaint is filed through the Court's ECF system.

IT IS SO ORDERED.

DATED: 4/6/2020

HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-2-
[PROPOSED] ORDER
CASE NO. 4:19-cv-06593

4818-2881-6057v1/104315-0004