UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| EDWARDS LIFESCIENCES CORPORATION, et al., | Case No. 19-cv-06593-HSG |
|---|---|
| Plaintiffs, | **ORDER DENYING MOTION TO ADVANCE THE HEARING, SETTING A BRIEFING SCHEDULE ON MOTIONS FOR SUMMARY JUDGMENT AND STAYING CERTAIN DEADLINES** |
| v. | |
| MERIL LIFE SCIENCES PVT. LTD., et al., | |
| Defendants. | Re: Dkt. No. 69 |

On April 14, 2020, the Court entered a scheduling order and directed the parties to meet and confer to agree if possible on a reasonable briefing and hearing schedule for Defendants' motion for summary judgment. Dkt. No. 53. The parties failed, instead submitting a joint statement in which they proposed entirely divergent schedules. Dkt. No. 60. On June 4, 2020, Defendants filed a motion to change the date (Dkt. No. 69) for the hearing on their motion from the noticed date of August 13, 2020 to August 6, 2020, which Plaintiffs oppose. Dkt. No. 70.

In light of defense counsel's scheduling conflict on the currently-noticed hearing date, the obvious ongoing logistical challenges created by the COVID-19 pandemic and resulting shelter-in-place and travel restriction orders, and the parties' apparent inability to agree on essentially anything, the Court sets the following briefing schedule for the motion for summary judgment:

| Event | Date |
|---|---|
| Deadline for Meril to produce witnesses for depositions[1] | August 7, 2020 |

---

[1] Depositions should be taken in person if possible, and all parties are ordered to meet and confer in good faith to facilitate this happening. If depositions cannot be taken in person due to ongoing COVID-19-related restrictions, they must be completed by video conference (or an otherwise agreed-upon method) on or before August 7, 2020. The Court will not delay the schedule any further for this reason.

| Plaintiffs to file an opposition to motion for summary judgment | August 21, 2020 |
|---|---|
| Meril to file reply in support of motion for summary judgment | September 4, 2020 |
| Hearing on motion and cross-motion for summary judgment | September 24, 2020 at 2:00 P.M. |

The Court further **STAYS** all deadlines in the scheduling order (Dkt. No. 53) *after* the August 7, 2020 exchange of damages contentions until after the resolution of the pending motion for summary judgment. In other words, the parties shall comply with the deadlines in the scheduling order through August 7, 2020, and all further obligations beyond that date other than the ones set out in this order are stayed until further order of the Court. The Court firmly believes that Defendants' threshold motion should be decided before time and resources are expended on extensive claim construction litigation, and accordingly imposes this stay to ensure that this happens.

These dates may only be altered by order of the Court and only upon a showing of good cause.

**IT IS SO ORDERED.**

Dated: 6/8/2020

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge