1  J. DAVID HADDEN (CSB No. 176148)
   dhadden@fenwick.com
2  FENWICK & WEST LLP
   Silicon Valley Center
3  801 California Street
   Mountain View, CA  94041
4  Telephone:     650.988.8500
   Facsimile:      650.938.5200
5
   MELANIE MAYER (*pro hac vice*)
6  mmayer@fenwick.com
   FENWICK & WEST LLP
7  1191 Second Avenue, 10th Floor
   Seattle, WA 98101
8  Telephone:  206.389.4510
   Facsimile:   206.389.4511
9
   CHIEH TUNG (CSB No. 318963)
10 ctung@fenwick.com
   FENWICK & WEST LLP
11 555 California Street, 12th Floor
   San Francisco, CA  94104
12 Telephone:     415.875.2300
   Facsimile:      415.281.1350
13
   Attorneys for Defendants
14 MERIL LIFE SCIENCES PVT. LTD.
   and MERIL, INC.
15

16                    UNITED STATES DISTRICT COURT

17                  NORTHERN DISTRICT OF CALIFORNIA

18                        OAKLAND DIVISION

19

20 Edwards Lifesciences Corporation, a Delaware       Case No.: 4:19-cv-06593-HSG
   Corporation; Edwards Lifesciences LLC, a
21 Delaware Limited Liability Company,                **STIPULATION AND [PROPOSED]
                                                      ORDER EXTENDING DEADLINE
22                    Plaintiffs,                     PURSUANT TO LOCAL RULE 79-5**

23         v.

24 Meril Life Sciences Pvt. Ltd., and Meril, Inc.,

25                    Defendants.

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW

1    Pursuant to Civil Local Rules 7-11 and 79-5(d), Meril Life Sciences Pvt. Ltd. ("Meril Life

2  Sciences"), and Meril, Inc. ("Meril, Inc.") (collectively, "Meril"), and Lifesciences Corporation

3  and Edwards Lifesciences LLC (collectively, "Plaintiff" or "Edwards") (collectively, the

4  "Parties"), by and through their respective counsel, stipulate and agree as follows:

5    WHEREAS, on August 21, 2020, Edwards filed Plaintiff's Opposition to the Motion of

6  Meril Life Sciences Pvt. Ltd. and Meril, Inc. for Summary Judgment of Noninfringement

7  ("Opposition Brief") (Dkt. 82);

8    WHEREAS, Edwards' Opposition Brief and the Declaration of Matthew Stephens (Dkt.

9  82-1) reference documents produced by Meril designated and marked as "Highly Confidential –

10 Outside Attorneys' Eyes Only" and deposition testimony by Meril witnesses designated and

11 marked as "Confidential – Outside Attorneys' Eyes Only";

12   WHEREAS, on August 21, 2020, Edwards filed an Administrative Motion to File

13 Document Under Seal regarding the confidential documents and deposition testimony (Dkt. No.

14 81) (the "Edwards Sealing Motion");

15   WHEREAS, on August 24, Edwards filed corrected versions of certain exhibits in support

16 of its Opposition Brief that include deposition testimony by Meril witnesses designated and

17 marked as "Confidential – Outside Attorneys' Eyes Only" (Dkt. 84);

18   WHEREAS, Local Rule 79-5 requires that Meril submit a response and declaration to the

19 Court in support of sealing its confidential material within 4 days of the filing of the Edwards

20 Sealing Motion;

21   WHEREAS, Meril received notice of Edwards' filing of Meril's confidential information

22 after close of business hours on August 21, 2020, and received the corrected exhibits on August

23 24;

24   WHEREAS, the deadline for Meril to file its response to Edwards' original Sealing

25 Motion is currently August 25, 2020, just two business days after receiving notice of the Sealing

26 Motion, and August 28, 2020, for the corrected exhibits;

27   WHEREAS, in order to provide Meril with adequate time to evaluate the material filed by

28

FENWICK & WEST LLP
ATTORNEYS AT LAW

1  Edwards and prepare, as necessary, a response and declaration in support of sealing, the Parties

2  have conferred and agreed to extend the deadline for Meril to file its response and declaration to

3  Edwards' Sealing Motion until August 31, 2002;

4        WHEREAS, the Parties agree that no party will be prejudiced and no other deadlines will

5  be affected by the extension.

6        **IT IS HEREBY STIPULATED AND AGREED** by the Parties as follows:

7        Subject to the Court's approval, Meril's deadline to submit a response and declaration

8  regarding Edward's Sealing Motion pursuant to Local Rule 79-5 is extended up to and until

9  August 31, 2020.

10        **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

11  Dated:  August 25, 2020         FENWICK & WEST LLP

12

13                          By: */s/ Chieh Tung*

14                             Chieh Tung
                           Silicon Valley Center

15                             801 California Street
                           Mountain View, CA  94041

16                             Telephone: 650.988.8500
                           Facsimile:  650.938.5200

17

18                             Counsel for Defendants
                           Meril Life Sciences Pvt. Ltd. and Meril, Inc.

19

20  Dated:  August 25, 2020         STRADLING YOCCA CARLSON & RAUTH, A
                           PROFESSIONAL CORPORATION

21

22                          By: */s/ Steven Hanle*

23                             Steven Hanle
                           660 Newport Center Drive, Suite 1600
                           Newport Beach, CA  92660-6422

24                             Telephone:  (949) 725-4000
                           Facsimile:  (949) 725-4100

25

26                             Counsel for Plaintiffs
                           Edwards Lifesciences Corporation and Edwards
                           Lifesciences LLC

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW

1

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3

4   Dated:   8/27/2020                    *Haywood S. Gill Jr.*

5                                         Honorable Haywood S. Gilliam, Jr.
                                          United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW