1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
      A Limited Liability Partnership
2      Including Professional Corporations
   CARLO F. VAN DEN BOSCH, Cal. Bar No. 185207
3  GAZAL POUR-MOEZZI, Cal. Bar No. 285932
   650 Town Center Drive, 10th Floor
4  Costa Mesa, California 92626-1993
   Telephone:    714.513.5100
5  Facsimile:    714.513.5130
   Email:         cvandenbosch@sheppardmullin.com
6                 gpour-moezzi@sheppardmullin.com

7  STRADLING YOCCA CARLSON & RAUTH
   A Professional Corporation
8  STEVEN HANLE, Cal. Bar No. 168876
   MATTHEW STEPHENS, Cal. Bar No. 288223
9  660 Newport Center Drive, Suite 1600
   Newport Beach, CA  92660-6422
10 Telephone: 949.725.4000
   Facsimile:  949.715.4100
11 Email:         shanle@sycr.com
                  mstephens@sycr.com
12
   Attorneys for Plaintiffs
13 Edwards Lifesciences Corporation and
   Edwards Lifesciences LLC
14

15                    **UNITED STATES DISTRICT COURT**

16              **NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

17

| | |
|---|---|
| EDWARDS LIFESCIENCES CORPORATION, a Delaware corporation; EDWARDS LIFESCIENCES LLC, a Delaware limited liability company, <br><br> Plaintiffs, <br><br> v. <br><br> MERIL LIFE SCIENCES PVT. LTD., an India private limited company; MERIL, INC., a Delaware corporation, <br><br> Defendants. | Case No. 4:19-cv-06593 (HSG) <br><br> **1. EDWARDS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO MERIL'S MOTION FOR JUDGMENT ON PLEADINGS PURSUANT TO FRCP 12(C)** <br><br> **2. DECLARATION OF GAZAL J. POUR-MOEZZI IN SUPPORT THEREOF** <br><br> [*Filed Concurrently with Opposition and Declaration of Carlo F. Van den Bosch*] <br><br> Judge:   Hon. Haywood S. Gilliam, Jr <br> Date:    January 7, 2021 <br> Time:    2:00 p.m. <br> Crtrm.:  2 <br> Complaint filed: October 14, 2019 |

Plaintiffs Edwards Lifesciences Corporation and Edwards Lifesciences LLC (collectively, "Edwards"), by counsel, requests the Court to take judicial notice of the following documents, submitted in support of Edwards' Opposition to Meril's Motion for Judgement on Pleadings Pursuant to FRCP 12(c) contemporaneously filed herewith.  Each document referenced below is authenticated by the Declaration of Gazal Pour-Moezzi ("Pour-Moezzi Decl.") attached hereto.

**EXHIBIT A**    Trademark Application, Application No. 3586576 filed by Meril Life Sciences Private Limited for the mark "PARTNER" and publicly filed with India's Office of the Controller General of Patents, Designs & Trade Marks. (Pour-Moezzi Decl. ¶ 2, Ex. A.)

**EXHIBIT B**    Website excerpt published by Meril and referenced in the First Amended Complaint (Dkt. 51) ¶ 45 (http://www.myval.com/about-meril).  (Pour-Moezzi Decl. ¶ 3, Ex. B.)

Pursuant to Rule 201(d) of the Federal Rules of Evidence ("Fed. R. Evid."), a court may take judicial notice of adjudicative facts if requested by a party and supplied with the necessary information.  "A judicially noticed fact must be one not subject to reasonable dispute in that it is either:  (1) generally known within the territorial jurisdiction of the trial court; or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned."  Fed. R. Evid. 201(b).  Additionally, on a Rule 12(c) motion, a court may consider "documents referenced extensively in the complaint [and] documents that form the basis of plaintiff's claims[.]"  *O'Connor v. Uber Techs., Inc.*, 58 F. Supp. 3d 989, 995 (N.D. Cal. 2014).

Courts have taken judicial notice under Fed. R. Evid. 201(b) of documents and information that are part of publicly available government records, including foreign trademark filings.  *See, e.g., GeoVector Corp. v. Samsung Elecs. Co.*, 234 F. Supp. 3d 1009, 1016 n.2 (N.D. Cal. 2017) (taking judicial notice of Korean patent application); *SunEarth, Inc. v. Sun Earth Solar Power Co.,*

*Ltd.*, No. C 11-4991 CW, 2013 WL 4528539, at *7 n.7 (N.D. Cal. Aug. 23, 2013) (taking judicial notice of Chinese trademark records); *Lamont v. Time Warner, Inc.*, No. 12-cv-8030, 2012 WL 5248061, at *2 n.2 (C.D. Cal. Oct. 19, 2012) (granting request for judicial notice of an extract from the Register of European Patents and an International Patent Application because "they are all publicly available court and government records"); *Khoja v. Orexigen Therapeutics, Inc.,* 899 F.3d 988, 1001-02 (9th Cir. 2018) (district court did not abuse its discretion by judicially noticing filing date of WIPO Application).

Courts also routinely take judicial notice of publicly available websites, such as Meril's website dedicated to Myval. *Daniels-Hall v. Nat'l Ed. Ass'n,* 629 F.3d 992, 998 (9th Cir. 2010) (taking judicial notice of list of vendors on school district websites); *Threshold Enters. Ltd. v. Pressed Juicery, Inc.*, 445 F. Supp. 3d 139, 146 (N.D. Cal. 2020) ("websites and their contents" may be judicially noticed); *County of Santa Clara v. Astra USA, Inc.,* 401 F.Supp.2d 1022, 1024 (N.D.Cal.2005) (taking judicial notice of information posted on a Department of Health and Human Services web site)).  Additionally, the court may judicially notice this website because Edwards references it in its complaint, and Edwards' claims for false advertising and unfair competition are based on it.  Meril requested judicial notice of this very webpage, but failed to file it as an exhibit to its RJN, hence Edwards is providing it for the Court's review.  (*See* Doc. No. 108.)

Thus, the above-listed materials, consisting of (1) publicly available government records and (2) information published by Meril and available on its public website, are properly subject to judicial notice under Fed. R. Evid. 201(b) and the judicially created incorporation-by-reference doctrine.

For the foregoing reasons, Edwards respectfully requests that the Court take judicial notice of Exhibits A and B attached hereto.

Dated:  December 17, 2020

Respectfully submitted,

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By     /s/ Carlo F. Van den Bosch
CARLO F. VAN DEN BOSCH
GAZAL POUR-MOEZZI

Attorneys for Plaintiffs
EDWARDS LIFESCIENCES CORPORATION, and
EDWARDS LIFESCIENCES LLC

**DECLARATION OF GAZAL J. POUR-MOEZZI**

I, Gazal J. Pour-Moezzi, declare the following:

1. I am associate with the law firm of Sheppard, Mullin, Richter & Hampton LLP, attorneys of record for plaintiffs Edwards Lifesciences Corporation and Edwards Lifesciences LLC (collectively, "Edwards") in this action. I have personal knowledge of the facts stated herein and, if called as a witness, could and would testify competently thereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of the publicly filed trademark application, filed with India's Office of the Controller General of Patents, Designs & Trade Marks, Application No. 3586576 for the mark "PARTNER" filed by Meril Life Sciences Private Limited. I retrieved this trademark application on December 3, 2020.

3. Attached hereto as **Exhibit B** is a true and correct copy of an excerpt from the Myval public website (located at https://www.myval.com/about-meril) that I retrieved on December 9, 2020.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 17, 2020 in Costa Mesa, California.

                                                GAZAL POUR-MOEZZI