UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARDS LIFESCIENCES CORPORATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MERIL LIFE SCIENCES PVT. LTD., et al.,<br><br>Defendants. | Case No. 4:19-cv-06593-HSG   (KAW)<br><br>ORDER REGARDING UNUSABLE CHAMBERS COPIES<br><br>Re: Dkt. No. 177 |

PLEASE TAKE NOTICE that the chambers copy of Plaintiffs' Motion for Sanctions was submitted in a format that is not usable by the court.

The chambers copy is not usable because it

[ ]   consists of a stack of loose paper wrapped with a rubber band;

[ ]   consists of a stack of loose paper fastened with a binder clip or a paper clip;

[ ]   is too thick to permit secure fastening with a staple, and is fastened with a brad-type fastener that is too short for the thickness of the document;

[x]   has no tabs for the voluminous exhibits;

[ ]   includes exhibits that are illegible;

[ ]   includes exhibits that are unreadable because the print is too small;

[ ]   includes text and/or footnotes in a font smaller than 12 point;

[x]   includes portions and/or exhibits that are redacted because the submitting party has requested leave to file those portions under seal; or

[x]   is not usable for another reason –    double-sided pages, which don't work with exhibit tabs (which were also missing).

The paper used for the above-described chambers copy has been recycled by the court. Plaintiff shall submit a chambers copy in a format that is usable by the court no later than **August 9, 2021**. The chambers copy must conform to Civil Local Rule 79-5(d)(2), and Plaintiff need only provide an unredacted copy of the unredacted motion and unredacted declaration with all exhibits attached. The redacted portions of the motion and declaration must be highlighted, and all exhibits must be tabbed.

IT IS SO ORDERED.

Dated: August 4, 2021

_____
KANDIS A. WESTMORE
United States Magistrate Judge