# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| Edwards Lifesciences Corporation, a Delaware Corporation; Edwards Lifesciences LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>Meril Life Sciences Pvt. Ltd., and Meril, Inc.,<br><br>Defendant. | CASE NO. 4:19-cv-06593-HSG-KAW<br><br>**ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL IN CONNECTION WITH EDWARDS' REPLY RE: RENEWED MOTION FOR SANCTIONS UNDER RULE 37(B)**<br><br>DEMAND FOR JURY TRIAL |

Stradling Yocca
Carlson & Rauth
LAWYERS
NEWPORT BEACH

-1-

ORDER

4814-9380-5046v1/104315-0004                                    CASE NO. 4:19-cv-06593-HSG-KAW

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

Plaintiffs Edwards Lifesciences Corporation and Edwards Lifesciences LLC (collectively, "Plaintiffs" or "Edwards") filed an administrative motion to file under seal in connection with Plaintiffs' Reply in Support of its Renewed Motion for Sanctions under Rule 37(b) (the "Motion").

Edwards seeks to file under seal the following documents:

- Certain limited portions of the Reply;
- The entirety of Exhibit C to the Reply; and
- The entirety of Exhibit D to the Reply.

Exhibit C consists of excerpts from the Deposition Transcript of Ashok Thakkar taken on August 3, 2021, which Defendants have designated "HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY" under the Protective Order. Exhibit D consists of excerpts from a document entitled "Myval-1 12-Month Study Progress Report" that was submitted to the Polish Notified Body in support of its application for CE Mark produced by Meril in discovery at Bates number MERIL0007570. Defendants have designated Exhibit D as "HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY" under the Protective Order. The Reply references and characterizes Exhibits C and D. The Reply also directly quotes a Clinical Trial Agreement attached to Ashok Thakkar's Declaration in Support of Defendants' Opposition brief that Defendants have designated "HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY" under the Protective Order (Dkt. No. 186-9) and Exhibit A to the Declaration of Steven Hanle in Support of Edwards' Renewed Motion for Rule 37(b) Sanctions containing the Myval-1 Study Informed Consent form produced by Meril at Bates numbers MERIL00007011-MERIL00007026 and designated as "CONFIDENTIAL" under the Protective Order (Dkt. No. 177-2).

/ / /

/ / /

/ / /

/ / /

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-2-
ORDER
4814-9380-5046v1/104315-0004                CASE NO. 4:19-cv-06593-HSG-KAW

1    Having considered Edwards' administrative motion to file under seal and the supporting

2 declaration of Matthew Stephens, and good cause appearing therefor, it is hereby ordered that

3 Edwards' administrative motion to file the referenced documents under seal is GRANTED.

4    IT IS SO ORDERED.

7  Dated: August 24, 2021

*Kandis Westmore*
Honorable Kandis A. Westmore
United States Magistrate Judge

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-3-
ORDER
4814-9380-5046v1/104315-0004                                CASE NO. 4:19-cv-06593-HSG-KAW