Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

EDWARDS LIFESCIENCES CORP.

Plaintiff(s),

v.

MERIL LIFE SCIENCES LTD.

Defendant(s).

Case No: 19-cv-06593-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Michelle E. Irwin, an active member in good standing of the bar of USDC, New Jersey, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Meril Life Sciences Ltd. and Meril, Inc. in the above-entitled action. My local co-counsel in this case is J. David Hadden, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1191 Second Avenue, 10th Flr.<br>Seattle, WA 98101 | 801 California Street<br>Mountain View, CA 94041 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (206) 389-4510 | (650) 988-8500 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| mirwin@fenwick.com | dhadden@fenwick.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 161502015.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 08/31/21

Michelle E. Irwin
APPLICANT

---

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Michelle E. Irwin is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 9/3/2021

*Haywood S. Gill Jr.*
UNITED STATES DISTRICT JUDGE   *October 2012*

# Certificate of Good Standing



## United States of America
## District of New Jersey

I, WILLIAM T. WALSH, Clerk of the United States District Court for the District of New Jersey, do hereby certify that:

## Michelle Erica Irwin

was duly admitted to practice in said Court as of November 28, 2018 and is in good standing as a member of the Bar of said Court.

Dated at Trenton, New Jersey
on: February 4, 2021

WILLIAM T. WALSH, CLERK

By _____
Michelle A. Nkumsah, Deputy Clerk



U. S.  District Court for the District of New Jersey does not entertain a grievance committee.
Contact Board of Bar Examiners, New Jersey State Supreme Court.