# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| EDWARDS LIFESCIENCES CORPORATION, a Delaware Corporation; EDWARDS LIFESCIENCES LLC, a Delaware Limited Liability Company,<br><br>        Plaintiffs,<br><br>        v.<br><br>MERIL LIFE SCIENCES PVT. LTD., an India private limited company; and MERIL, INC., a Delaware corporation,<br><br>        Defendants. | Case No. 4:19-cv-06593 (HSG)<br><br>**[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR ORDER CHANGING TIME ON MERIL'S DAUBERT MOTIONS (DKT. NOS. 247 AND 250)**<br><br>Hon. Haywood S. Gilliam, Jr<br><br>Complaint filed: October 14, 2019<br><br>Trial Date:     February 7, 2022 |

# ~~PROPOSED~~ ORDER

After considering the parties' Stipulation regarding Meril's Daubert Motions, IT IS HEREBY ORDERED that the Stipulation is GRANTED and the Court hereby adopts the following briefing schedule for Meril's Daubert Motions (Dkt. Nos. 247 and 250):

|  | **Current Deadline** | **Proposed Revised Deadline** |
|---|---|---|
| *Edwards to file opposition to Meril's Daubert Motions* | November 11, 2021 | November 18, 2021 |
| *Meril to file reply in support of its Daubert Motions* | November 18, 2021 | December 7, 2021 |
| *Hearing on Meril's Daubert Motions* | January 18, 2022 | January 18, 2022 (unchanged) |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  November 9 , 20 21

_____
Hon. Haywood S. Gilliam, Jr.
United States District Judge

SMRH:4888-2055-1426.1