UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| EDWARDS LIFESCIENCES CORPORATION, a Delaware Corporation; EDWARDS LIFESCIENCES LLC, a Delaware Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>MERIL LIFE SCIENCES PVT. LTD., an India private limited company; and MERIL, INC., a Delaware corporation,<br><br>Defendants. | Case No. 4:19-cv-06593 (HSG)<br><br>**ORDER GRANTING STIPULATED REQUEST FOR ORDER EXTENDING TIME TO FILE ADMINISTRATIVE MOTION TO SEAL AND PUBLIC DOCUMENTS IN CONNECTION WITH DKT NOS. 208 AND 229**<br><br>Hon. Haywood S. Gilliam, Jr<br><br>Complaint filed: October 14, 2019<br><br>Trial Date:   February 7, 2022 |

**ORDER**

After considering the parties' Stipulation regarding filing an Administrative Motion to Seal and public documents in connection with Dkts. 208 and 229, IT IS HEREBY ORDERED that the Stipulation is GRANTED and the Court hereby sets the deadline for the parties to file an Administrative Motion to Seal and public documents in connection with Dkts. 208 and 229 as December 1, 2021.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 11/29/2021

_____
Hon. Haywood S. Gilliam, Jr.
United States District Judge