STRADLING YOCCA CARLSON & RAUTH
A Professional Corporation
STEVEN HANLE, Cal. Bar No. 168876
MATTHEW STEPHENS, Cal. Bar No. 288223
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Telephone: 949.725.4000
Facsimile: 949.715.4100
E mail shanle@sycr.com
mstephens@sycr.com

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
CARLO F. VAN DEN BOSCH, Cal. Bar No. 185207
GAZAL POUR-MOEZZI, Cal. Bar No. 285932
ANNE-MARIE D. DAO, Cal. Bar No. 282632
650 Town Center Drive, 10th Floor
Costa Mesa, California 92626-1993
Telephone: 714.513.5100
Facsimile: 714.513.5130
Email cvandenbosch@sheppardmullin.com
gpour-moezzi@sheppardmullin.com
adao@sheppardmullin.com

Attorneys for Plaintiffs
EDWARDS LIFESCIENCES CORPORATION
AND EDWARDS LIFESCIENCES LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| EDWARDS LIFESCIENCES CORPORATION, a Delaware Corporation; EDWARDS LIFESCIENCES LLC, a Delaware Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>MERIL LIFE SCIENCES PVT. LTD., an India private limited company; and MERIL, INC., a Delaware corporation,<br><br>Defendants. | Case No. 4:19-cv-06593 (HSG)<br><br>**JOINT STIPULATION REQUESTING ORDER PERMITTING EQUIPMENT IN THE COURTROOM FOR TRIAL AND ORDER**<br><br>Trial Date: February 7, 2022<br>Time:      8:30 a.m.<br>Crtrm.:    2 - 4th Floor<br>Judge:     Hon. Haywood S. Gilliam, Jr. |

Pursuant to Civil L.R. 7-11, General Order No. 58, and Paragraph 29 of the Civil Pretrial and Trial Standing Order for Cases Before District Judge Haywood S. Gilliam, Jr. ("Standing Order"), plaintiffs Edwards Lifesciences Corporation and Edwards Lifesciences LLC and defendants Meril Life Sciences Pvt. Ltd. and Meril, Inc. (collectively, the "Parties") hereby stipulate and respectfully request permission from the Court to bring in and set up the following equipment in connection with the Trial to be held beginning February 7, 2022 at 8:30 a.m. in Courtroom 2 ("Trial"):

1. Four laptop presentation computers (for trial techs);
2. Portable monitor (for trial techs);
3. Projector;
4. Projection screen;
5. PA speaker (backup for courtroom audio system);
6. Two VGA switches;
7. Two tables (18"x 60") with skirt (for trial techs);
8. Two USB cameras with tripods;[1]
9. One USB microphone;
10. One large monitor on a stand;
11. Laptops or tablet computers (for attorneys and paralegals);
12. Computer mouse(s);
13. Phones (for attorneys and paralegals);
14. Three portable Mi-Fi devices (for back-up Internet access);
15. Power cord(s) and cabling for use with laptops, tablets, and/or projection and audio equipment;
16. Small toolset;

---

[1] As Meril stated in the parties' Joint Pretrial Statement (Dkt. 350), Meril's India-based fact witnesses are currently unable to travel to the United States in light of the Omicron COVID-19 surge in the United States and India. Meril requests permission to bring cameras, a microphone, and a large monitor in the event the Court permits those witnesses to testify via live videoconferencing, i.e., Zoom. *See* Dkt. 350 at 7 n.7.

17. Laser pointer(s);

18. Power strip(s);

19. External computer hard drive(s);

20. Boxes containing documents and binders;

21. Cases of bottled water;

22. Rolling bookshelves for storing documents and binders;

23. Two portable printers;

24. Easel and flip pad; and

25. Gaffer tape.

This equipment will be used solely for the purposes of the Trial. Some of this equipment may not be able to go through x-ray machines and will need to be searched by other means. The Parties will coordinate, as needed, with the U.S. Marshall's office concerning the search of this equipment.

The Parties further requests permission to set up and test the equipment in the courtroom on Thursday, February 3, 2022, and to leave said equipment in the courtroom from February 3, 2022 until the conclusion of the Trial. The Parties will coordinate, as needed, with the courtroom deputy clerk.

Dated: January 13, 2022        Respectfully submitted,

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By        *s/Carlo F. Van den Bosch*
          CARLO F. VAN DEN BOSCH
          GAZAL POUR-MOEZZI

          Attorneys for Plaintiffs
          EDWARDS LIFESCIENCES CORPORATION AND
          EDWARDS LIFESCIENCES LLC

1  Dated: January 13, 2022                FENWICK & WEST LLP

3                                    By        *s/J. David Hadden*
                                                    J. David Hadden

5                                         Attorneys for Defendants
                                    MERIL LIFE SCIENCES PVT. LTD. AND MERIL,
6                                                      INC.

### ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)

In accordance with Civil Local Rule 5-1(h)(3), I attest that concurrence in the filing of this document has been obtained from each of the other Signatories to this document.

                                              GAZAL POUR-MOEZZI

### [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: 1/14/2022

                              By:  
                                     HON. HAYWOOD S. GILLIAM, JR.
                                        United States District Judge