J. DAVID HADDEN (CSB No. 176148)
dhadden@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone:   650.988.8500
Facsimile:   650.938.5200

MELANIE MAYER (*pro hac vice*)
mmayer@fenwick.com
JEFFREY A. WARE (CSB No. 271603)
jware@fenwick.com
JONATHAN T. McMICHAEL (CSB No. 304737)
jmcmichael@fenwick.com
MICHELLE IRWIN (*pro hac vice*)
mirwin@fenwick.com
FENWICK & WEST LLP
1191 Second Avenue, 10th Floor
Seattle, WA 98101
Telephone: 206.389.4510
Facsimile:  206.389.4511

Attorneys for Defendants
MERIL LIFE SCIENCES PVT. LTD.
and MERIL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA—OAKLAND DIVISION

| | |
|---|---|
| Edwards Lifesciences Corporation, a Delaware Corporation; Edwards Lifesciences LLC, a Delaware Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>Meril Life Sciences Pvt. Ltd., and Meril, Inc.,<br><br>Defendants. | Case No.: 4:19-cv-06593-HSG<br><br>**ORDER GRANTING DEFENDANTS MERIL LIFE SCIENCES PVT. LTD. AND MERIL, INC.'S MOTION TO CHANGE TIME FOR COMPLIANCE WITH PORTIONS OF JANUARY 14, 2022 ORDER (DKT. 370)**<br><br>Dept:          Courtroom 2, 4th Floor<br>Judge:        Haywood S. Gilliam, Jr.<br>Trial Date:  February 7, 2022 |

Having considered Defendants Meril Life Sciences Pvt. Ltd. and Meril, Inc.'s (collectively, "Meril") Motion to Change Time for Compliance with Portions of the January 14, 2022 Order, and finding good cause therefor, the Motion is **GRANTED**. The deadline for Meril to provide credentials for Edwards' counsel to access the eCRF database is hereby extended by one business day, from January 21, 2022 to January 24, 2022.

Dated: 1/24/2022

Honorable Haywood S. Gilliam, Jr.
United States District Court Judge