J. DAVID HADDEN (CSB No. 176148)
dhadden@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone:    650.988.8500
Facsimile:    650.938.5200

MELANIE MAYER (*pro hac vice*)
mmayer@fenwick.com
JEFFREY A. WARE (CSB No. 271603)
jware@fenwick.com
JONATHAN T. McMICHAEL (CSB No. 304737)
jmcmichael@fenwick.com
MICHELLE IRWIN (*pro hac vice*)
mirwin@fenwick.com
FENWICK & WEST LLP
1191 Second Avenue, 10th Floor
Seattle, WA 98101
Telephone: 206.389.4510
Facsimile: 206.389.4511

Attorneys for Defendants
MERIL LIFE SCIENCES PVT. LTD.
and MERIL, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA—OAKLAND DIVISION

| | |
|---|---|
| Edwards Lifesciences Corporation, a Delaware Corporation; Edwards Lifesciences LLC, a Delaware Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>Meril Life Sciences Pvt. Ltd., and Meril, Inc.,<br><br>Defendants. | Case No.: 4:19-cv-06593-HSG<br><br>**ORDER GRANTING STIPULATED REQUEST TO EXTEND BRIEFING REGARDING ATTORNEYS' FEES**<br><br>Dept:         Courtroom 2, 4th Floor<br>Judge:        Haywood S. Gilliam, Jr.<br>Trial Date:  February 7, 2022 |

Having considered the parties' Stipulated Request to Extend Briefing Regarding Attorneys' Fees, and finding good cause therefor, the request is **GRANTED**. The deadline for Meril to file an opposition to Edwards' attorneys' fees declaration is extended until 7 days after the Court rules on Meril's pending objection, in the event the Court affirms the award of sanctions.

Dated:     1/25/2022

Honorable Haywood S. Gilliam, Jr.
United States District Court Judge