UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARDS LIFESCIENCES CORPORATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MERIL LIFE SCIENCES PVT. LTD., et al.,<br><br>Defendants. | Case No. 19-cv-06593-HSG<br><br>**ORDER VACATING JURY TRIAL DATE, SETTING CASE MANAGEMENT CONFERENCE AND PERMITTING REFILING OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

Given the complexity of the case and the parties' numerous outstanding disputes, the Court **VACATES** the jury trial currently scheduled to begin on February 7, 2022. The Court **SETS** a further telephonic case management conference on January 31, 2022 at 11:00 a.m. All counsel shall use the following dial-in information to access the call:

Dial-In: 888-808-6929;

Passcode: 6064255

For call clarity, parties shall NOT use speaker phone or earpieces for these calls, and where at all possible, parties shall use landlines.

In advance of the January 31 Case Management Conference, the parties are directed to meet and confer to discuss their availability for a trial this spring. The Court intends to set the trial to begin on one of these dates:

//

//

//

//

//

|          | **6-Day Trial**            |
|----------|----------------------------|
| Option 1 | April 18, 2022, 8:30 a.m.  |
| Option 2 | May 9, 2022, 8:30 a.m.     |

The Court has also reconsidered its prior denial of Defendants' Administrative Motion for Leave to File Second Motion for Summary Judgment. *See* Dkt. No. 200. In light of the parties' persistent disputes regarding core legal questions, the Court finds that granting Defendant leave to file the proposed second motion for summary judgment may clarify and streamline the issues to be tried, and thus advance the "just, speedy, and inexpensive" resolution of this lawsuit. *See Hoffman v. Tonnemacher*, 593 F.3d 908, 911 (9th Cir. 2010). The Court accordingly finds good cause to consider the merits of Defendant's Motion for Summary Judgment of No Damages. *See* Civil Standing Order ¶ 21; Dkt. No. 214. If Defendant wishes to renew this motion, it must refile the documents previously filed as Dkt. No. 214, without modification other than changing the noticed hearing date, by 5:00 p.m. on January 26. In advance of the January 31 Case Management Conference, the parties are further directed to meet and confer and agree on a briefing schedule on the motion, with briefing to be complete no later than one month from the date of this Order. The Court will then schedule a hearing on the motion if necessary.

**IT IS SO ORDERED.**

Dated: 1/26/2022

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge