UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| EDWARDS LIFESCIENCES CORPORATION, a Delaware Corporation; EDWARDS LIFESCIENCES LLC, a Delaware Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>MERIL LIFE SCIENCES PVT. LTD., an India private limited company; and MERIL, INC., a Delaware corporation,<br><br>Defendants. | Case No. 4:19-cv-06593 (HSG)<br>Hon. Haywood S. Gilliam, Jr.<br><br>**JUDGMENT**<br><br>Complaint filed:   October 14, 2019<br>Trial Date:           May 9, 2022 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

WHEREAS Plaintiffs Edwards Lifesciences Corporation and Edwards Lifesciences LLC and Defendants Meril Life Sciences Pvt. Ltd. and Meril, Inc. have settled their dispute regarding Edwards' claims for statutory and common law trademark infringement, unfair competition under the Lanham Act, and unfair competition under California law (*See* Dkt. 51, Counts VI, VII and VIII) and have stipulated to dismiss them with prejudice.

GOOD CAUSE APPEARING, JUDGMENT IS HEREBY ENTERED against Plaintiffs Edwards Lifesciences Corporation and Edwards Lifesciences LLC and in favor of Defendants Meril Life Sciences Pvt. Ltd. and Meril, Inc. on Plaintiffs' Counts I, II, III, IV, and V for Patent Infringement consistent with the Court's Order re: Summary Judgment (Dkt. 98) pursuant to 28 U.S.C. § 1291 and Federal Rules of Civil Procedure 54 and 58.

Date: May 18, 2022

_____
Honorable Haywood S. Gilliam, Jr.
United States District Judge