1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| Edwards Lifesciences Corporation, a Delaware Corporation; Edwards Lifesciences LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>Meril Life Sciences Pvt. Ltd., and Meril, Inc.,<br><br>Defendant. | CASE NO. 4:19-cv-06593-HSG-KAW<br><br>**ORDER GRANTING STIPULATED REQUEST TO EXTEND DATE TO FILE COMBINED ADMINSTRATIVE MOTION TO SEAL** |
|---|---|

1  Having considered the parties' Stipulated Request to Extend the Date to File the Combined Administrative Motion to Seal, the Court hereby grants the request. The deadline to file the combined administrative motion to seal and proposed order as set forth in Dkt. 479 is extended to August 2, 2022.

IT IS SO ORDERED.

Date:    7/21/2022

_____
Honorable Haywood S. Gilliam, Jr.
United States District Judge

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-1-
ORDER
4872-0477-2650v1/104315-0004                                      19-cv-06593