J. DAVID HADDEN (CSB No. 176148)
dhadden@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

MELANIE MAYER (*pro hac vice*)
mmayer@fenwick.com
JEFFREY A. WARE (CSB No. 271603)
jware@fenwick.com
JONATHAN T. McMICHAEL (CSB No. 304737)
jmcmichael@fenwick.com
MICHELLE E. IRWIN (*pro hac vice*)
mirwin@fenwick.com
FENWICK & WEST LLP
1191 Second Avenue, 10th Floor
Seattle, WA 98101
Telephone: 206.389.4510
Facsimile: 206.389.4511

Attorneys for Defendants
MERIL LIFE SCIENCES PVT. LTD.
and MERIL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA—OAKLAND DIVISION

| | |
|---|---|
| Edwards Lifesciences Corporation, a Delaware Corporation; Edwards Lifesciences LLC, a Delaware Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>Meril Life Sciences Pvt. Ltd., and Meril, Inc.,<br><br>Defendants. | Case No.: 4:19-cv-06593-HSG<br><br>**ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL LIMITED PORTIONS OF THE EXPERT REPORT OF RAMESH DAGGUBATI, M.D. (as modified)** |

# ORDER

Before the Court is Meril Life Sciences Pvt. Ltd. and Meril, Inc.'s (collectively, "Meril") Administrative Motion to File Under Seal Limited Portions of the Expert Report of Ramesh Daggubati M.D. (originally filed as Ex. 1 to the Declaration of Carlo F. Van Den Bosch In Support of Plaintiffs' Partial Summary Judgment Motion; Dkt. 209-7) ("Administrative Motion"; Dkt. 484).

Having considered all papers filed in support of and in opposition to the Administrative Motion, the record herein, the applicable law, and any oral arguments of counsel that may have been presented, and for good cause having been shown, the Court hereby **ORDERS** that Meril's Administrative Motion is **GRANTED** in its entirety. The clerk shall maintain under seal:

| Docket No. Sealed/(Public) | Document | Portion(s) Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|---|---|
| 285-5/(285-4) | Expert Report of Dr. Ramesh B. Daggubati (Ex. 1 to the Van Den Bosch Decl.) | ¶51; ¶ 52; ¶ 59; ¶¶ 63-65; ¶¶ 67-68; ¶ 86; ¶ 87; ¶ 87 n. 8. | Irwin Declaration (Dkt. 285-1); Thakkar Declaration (Dkt. 285-2) | **GRANTED** |

**IT IS SO ORDERED.**

Dated:  4/6/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge